FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JAN 30  AM 11: 38

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

MILTON EVANS,            )
                         )
    Plaintiff,           )
                         )
v.                       )    Case No. CV611-026
                         )
BRANCH BANKING & TRUST,  )
                         )
    Defendant.           )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ___ day of _____, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA